IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE FREEMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 11-2408 |
| | : | |
| ALLENTOWN SCHOOL DISTRICT, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this 27th day of April, 2011, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (Document No. 1) is GRANTED.

2. The Clerk of Court is directed to docket the complaint attached to plaintiff's application to proceed *in forma pauperis.*

3. Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915.

4. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.